# United States Court of Appeals
## For the First Circuit

_____

No. 24-1104

SABRINA M. WILLIAMS,

Plaintiff - Appellant,

v.

RAYON WILLIAMS,

Defendant - Appellee.

_____

**JUDGMENT**

Entered: March 28, 2025
Pursuant to 1st Cir. R. 27.0(d)

By notice issued February 21, 2025, Appellant Sabrina M. Williams was notified that she was in default for failure to file an opening brief. Appellant was warned that unless she filed a brief by March 7, 2025, this appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 45.0(a) and 3.0(b).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Sabrina M. Williams
Rayon Williams