# United States Court of Appeals
## For the First Circuit

No. 24-1104

SABRINA M. WILLIAMS,

Plaintiff - Appellant,

v.

RAYON WILLIAMS,

Defendant - Appellee.

**MANDATE**

Entered: April 21, 2025

    In accordance with the judgment of March 28, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Rayon Williams
Sabrina M. Williams